ACCEPTED
05-15-00102-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2015 2:45:04 PM
LISA MATZ
CLERK

**CAUSE NO. PR-11-3533-2**

| | | |
|---|---|---|
| IN RE: ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| FREDERIC B. ASCHE, JR. | § | OF DALLAS, TEXAS |
| | § | |
| DECEASED | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2015 2:45:04 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Intervenor Baylor University Medical Center ("Baylor"), under Texas Rule of Appellate Procedure 25.1, states its intent to appeal the Final Judgment and Order Admitting Will to Probate and Authorizing Letters Testamentary (the "Final Judgment") signed by this Court in the above-referenced cause on December 31, 2014. This notice and appeal encompass the rulings, declarations, and awards adverse to Baylor in the Final Judgment, as well as all pre-trial and post-trial orders and rulings adverse to Baylor that were incorporated into, merged into, issued concurrently with, or relied upon in making the Final Judgment, and also any post-judgment orders or rulings adverse to Baylor. The trial court style is *In re: Estate of Frederic B. Asche, Jr., Deceased*, the trial court cause number is PR-11-3533-2, and the trial court is the Probate Court No. 2 of Dallas County, Texas. Baylor appeals to the Court of Appeals for the Fifth District of Texas at Dallas.

**Intervenor Baylor University Medical Center's Notice of Appeal**                                   **PAGE 1**
15007840_1

Dated: January 30, 2015.

/s/ Nina Cortell

Nina Cortell
   State Bar No. 04844500
   E-Mail: nina.cortell@haynesboone.com
Ben L. Mesches
   State Bar No. 24032737
   E-Mail: ben.mesches@haynesboone.com
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940


Raymond E. LaDriere, II
   State Bar No. 11817500
   E-Mail: rladriere@lockelord.com
Kirsten M. Castañeda
   State Bar No. 00792401
   Email: kcastaneda@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800


*Counsel for Intervenor*
*Baylor University Medical Center*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2015, I electronically transmitted the attached document to the Clerk of the Probate Court in Dallas County, Texas using the electronic filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I further certify that a copy has been sent via United States first class mail, postage prepaid, to the persons who do not receive electronic notice pursuant to the Court's electronic filing system.

*/s/ Ben L. Mesches*
Ben L. Mesches